IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DONNELL M. TAYLOR,                )<br><br>Plaintiff,                )<br><br>v.                )<br><br>MICHAEL J. ASTRUE,                )<br>Commissioner of Social Security,                )<br><br>Defendant.                ) | CIVIL NO. 3:10CV382 |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate

Judge (R&R) entered on June 14, 2011. The time to file objections has expired and neither party

has objected to the R&R. Having considered the matter and deeming it otherwise proper and just

to do so, it is hereby ORDERED:

(1)    The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)    Plaintiff's Motion for Summary Judgment (docket no. 13) is DENIED.

(3)    Defendant's Motion for Summary Judgment (docket no. 16) is GRANTED.

(4)    The decision of the Commissioner is AFFIRMED.

(5)    This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of

record.

It is so ORDERED.

Richmond, Virginia
Date: Jul 11, 2011

/s/
Henry E. Hudson
United States District Judge